**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-7150**

_____

LEO MCCLAM,

                    Plaintiff - Appellant,

         v.

JANICE THOMAS, RN; DR. REDDY; DR. MCDONALD; DISHA DAVE,
Social Worker; DR. JOSE CHAVEZ; DR. CRISPLAND GRINN; MR.
JAMES, MHS; KIA WILSON; CARLA,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Terry L. Wooten, Chief District
Judge.  (3:13-cv-01682-TLW)

_____

Submitted:  November 18, 2014      Decided:  November 21, 2014

_____

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Leo McClam, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leo McClam appeals the district court's order adopting the recommendation of the magistrate judge and dismissing without prejudice his 42 U.S.C. § 1983 (2012) complaint and amended complaints. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). Because McClam may proceed with his claims by filing another complaint and providing factual allegations specifying how the named defendants violated his constitutional rights, the order he seeks to appeal is neither a final order with respect to those claims nor an appealable interlocutory or collateral order. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2